UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORY ALAN DEERING,<br><br>Defendant. | 4:22-CR-40079-KES<br><br>ORDER GRANTING CONTINUANCE |

Defendant, Cory Alan Deering, moves for a 60-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel needs additional time to conduct investigation and research, to review a plea agreement offer from the Government, and to potentially engage in further negotiations. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | March 28, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | March 28, 2023 |

| | |
|---|---|
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to April 14, 2023 |
| Applications for Writ of Habeas Corpus Ad Testificandum | April 25, 2023 |
| Expert witness disclosures | April 25, 2023 |
| Other motions | May 2, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | May 2, 2023 |
| Plea agreement or petition to plead and statement of factual basis | May 2, 2023 |
| Notify court of status of case | May 2, 2023 |
| Rebuttal expert witnesses | May 9, 2023 |
| Motions in limine | May 9, 2023 |
| Proposed jury instructions due | May 9, 2023 |
| Jury trial | Tuesday, May 16, 2023, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated February 28, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE